ant. In the Matter of the Accounting of Eugene W. Guindon, as Receiver of the Property, etc., of the Firm of R. J. Dean & Company, Appellant, before Emil Goldmark, Esq., Referee, Appointed Herein; The Holyoke National Bank and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Otto Erler, Respondent, v. Max Pawliger, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Car Advertising Company, Appellant, v. New York City Car Advertising Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Fischel, Appellant, v. Harry Fischel and Rebecca Jacobs, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cary Manufacturing Company, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs on *Pollitz* v. *Consolidated Gas Co.* (118 App. Div. 92).

Mollie G. Christian, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Julius M. Cohen, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

May Cozzens, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Phillip Heller, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

John W. Howe, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Archibald Isaacs, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Rose Mamelok, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Walter J. Nixon, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Abraham H. Solotaroff, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Cornelius Stack, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.